CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 29 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA MALIK COLEMAN, )<br>　　Plaintiff, )<br>　　　　　　　　　　　　) | Civil Action No. 7:18-cv-00018 | |
| v.　　　　　　　　　　　) | **ORDER** | |
| 　　　　　　　　　　　　) | | |
| DANVILLE POLICE )<br>DEPARTMENT, <u>et al.</u>, )<br>　　Defendants. ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** due to Plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED** without prejudice as moot; and the action is **STRICKEN** from the active docket.

ENTER: This 26th day of June, 2018.

　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge